UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

```
PHILIP DANIELS,                      :
                                     :
        Plaintiff,                   :CIVIL ACTION NO. 3:05-CV-0830
                                     :
        v.                           :(JUDGE CONABOY)
                                     :(Magistrate Judge Blewitt)
DR. BOHINSKI, et al.,                :
                                     :
        Defendants.                  :
```
_____

**ORDER**

    **AND NOW, THIS 22nd DAY OF FEBRUARY 2006, IT APPEARING TO THE COURT THAT:**

    1. Plaintiff, an inmate at the State Correctional Institution at Dallas ("SCI-Dallas"), in Dallas, Pennsylvania, filed this 42 U.S.C. § 1983 action on April 26, 2005, (Doc. 1), and filed an Amended Complaint of June 10, 2005, (Doc. 11);

    2. The matter was assigned to United States Magistrate Judge Thomas M. Blewitt, who issued a Report and Recommendation on January 31, 2006, recommending that this action be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, (Doc. 29);

    3. Neither party has filed objections to the Report and Recommendation which were due by February 17, 2006.

**IT FURTHER APPEARING TO THE COURT THAT:**

    1. When a magistrate judge makes a finding or ruling on a motion or issue, his determination should become that of the court

unless objections are filed.  <u>See</u> <u>Thomas v. Arn</u>, 474 U.S. 150-53 (1985).  Moreover, when no objections are filed, the district court is required only to review the record for "clear error" prior to accepting a magistrate judge's recommendation.  <u>See</u> <u>Cruz v. Chater</u>, 990 F. Supp. 375-78 (M.D. Pa. 1998); <u>Oldrati v. Apfel</u>, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998).

    2.  Our review of the record reveals no clear error in the Magistrate Judge's conclusion that Plaintiff's request to withdraw the above-captioned civil rights action (which indicates that he wishes to file a civil negligence suit in the Luzerne County Court of Common Pleas), (Doc. 28), is properly deemed a Notice of Voluntary Dismissal under Rule 41(a)(1) and this matter should be dismissed without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

    1.   The Magistrate Judge's Report and Recommendation, (Doc. 29), is ADOPTED;

    2.   Plaintiff's 42 U.S.C. § 1983 action is DISMISSED WITHOUT PREJUDICE;

    3.   The Clerk of Court is directed to close this case.

                                          <u>S/Richard P. Conaboy</u>
                                          RICHARD P. CONABOY
                                          United States District Judge